IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | Case No. 3:17-cr-26 |
| v. | : | JUDGE WALTER H. RICE |
| RICHARD E. DAUGHERTY, Defendant. | : | |

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255 (DOC. #61); PETITIONER DENIED A CERTIFICATE OF APPEALABILITY AND RIGHT TO APPEAL *IN FORMA PAUPERIS*

---

Defendant Richard E. Daugherty ("Defendant") was convicted and sentenced by this Court on December 20, 2017. Doc. #14. He did not appeal his case at that time. On August 17, 2026, Defendant filed a Motion to Vacate his conviction under 28 U.S.C. § 2255. Doc. #61. By statute, a motion to vacate a criminal judgment must be filed no later than one year after the date on which the judgment becomes final. 28 U.S.C. § 2255(f).

As it applies to this case, Defendant was sentenced on December 20, 2017, and the final Judgment Entry was filed on December 22, 2017. Docs. 42, 43. Under relevant Sixth Circuit precedent, a Defendant's judgment of conviction becomes "final" within the meaning of 28 U.S.C. 2255(f) ten (10) days after the entry of judgment. *Sanchez-Castellano v. United States*, 358 F.3d 424, 426 (6th Cir. 2004).

Here, the date on which Defendant's judgment was entered was December 22, 2017, meaning that it "became final" on January 1, 2018. Therefore, his one-year limitations period contemplated by 28 U.S.C. § 2255(f) would have ended on January 1, 2019. Defendant's filing is more than seven (7) years beyond the statute of limitations and must be overruled.

Defendant's Motion to Vacate under 28 U.S.C. § 2255, Doc. #61, is OVERRULED.

As Petitioner has not made a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and reasonable jurists would not disagree, he is denied a certificate of appealability. On that basis, this Court certifies to the United States Court of Appeals for the Sixth Circuit that any appeal would be objectively frivolous and recommends that Defendant be denied leave to proceed on appeal *in forma pauperis*.

The captioned case shall remain terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: August 18, 2026

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE